IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD HOWERTON,          : | | |
| Plaintiff,            : | CIVIL ACTION | |
| : | | |
| v.            : | | |
| : | | |
| COMMONWEALTH OF            : | | |
| PENNSYLVANIA DEPARTMENT    : | | |
| OF CORRECTIONS, ET AL.     : | No. 02-3771 | |
| Defendants.        : | | |

## ORDER

**AND NOW**, this        day of August, 2002, it is hereby **ORDERED** that:

It appearing that venue is improper in this District, the Clerk of Court shall **TRANSFER** this action to the United States District Court for the Middle District of Pennsylvania.

**BY THE COURT:**

_____
**Berle M. Schiller, J.**